IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

LAURA ASHLEY EAGAN                                                    PLAINTIFF

V.                                                   CIVIL ACTION NO. 1:21-cv-149-NBB-DAS

VIBRANT CHURCH,
XYZ CORPORATION,
JASON DELGADO, RONALD D.
DELGADO, MIRIAM K. DELGADO,
DEANO RIZZO, AND JOHN DOES 1-25                                      DEFENDANTS

## ORDER

In accordance with the memorandum opinion issued this day, it is **ORDERED AND**

**ADJUDGED** that the defendants' motions to dismiss should be and the same are, hereby,

**GRANTED**.  The plaintiff's Title VII claim is dismissed with prejudice.  The plaintiff's state

law claims are dismissed without prejudice.

This 20th day of September, 2022.

/s/ Neal Biggers
NEAL B. BIGGERS, JR.
UNITED STATES DISTRICT JUDGE